IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00568-LTB-MJW

DWIGHT D. PERRY,

Plaintiff(s),

v.

FEDERAL EXPRESS CORPORATION,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby **ORDERED** that the Plaintiff's Motion for Sanctions; in the Alternative, Motion to Compel Appearance at Deposition; also in the Alternative, Unopposed Motion to Extend the Discovery Deadline (docket no. 22) is **GRANTED IN PART AND DENIED IN PART**. The portion of this combined motion for sanctions and to compel appearance at deposition is **DENIED.** The portion of the motion requesting extension of time to complete discovery is **GRANTED** finding good cause shown. The deadline to complete discovery is extended to February 9, 2006. The deadline to file dispositive motions is extended to March 9, 2006. The parties are to meet and confer forthwith and set the remaining depositions before February 9, 2006.

    It is **FURTHER ORDERED** that the Defendant's Motion to Extend Discovery and dispositive Motion Deadlines (docket no. 30) is **GRANTED** finding good cause shown. The deadline to complete discovery is extended to February 9, 2006. The deadline to file dispositive motions is extended to March 9, 2006. The parties are to meet and confer forthwith and set the remaining depositions before February 9, 2006.

    It is **FURTHER ORDERED** that the parties shall use the correct case number on all future motions, responses, replies, pleadings or other documents filed with this court. The correct case number is 05-CV-00568-LTB-MJW and **NOT** 05-B-00568(MJW) or 05-B-00568. Failure to comply with this Order may result in sanctions to the offending party.

    It is **FURTHER ORDERED** that the parties shall discontinue filing motions within their responses or replies to the original motion. D.C.COLO.LCivR. 7.1 C states: ... "A motion shall not be included in a response or reply to the original motion. A motion

shall be made in a separate paper." Failure to comply this Order and with D.C.COLO.LCivR. 7.1 C, in the future, may result in sanctions being imposed against the offending party.

Date:  December 14, 2005